# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY 10017
Tel 212-545-4000
Fax 212-972-3213
jacksonlewis.com

DIRECT DIAL: (212) 545-4041
EMAIL ADDRESS: Ravindra.Shaw@jacksonlewis.com

May 21, 2021

**VIA ECF AND E-MAIL**
CronanNYSDChambers@nysd.uscourts.gov
Hon. Judge John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:  **Building Service 32BJ Health Fund et al. v. DCS Service, Inc.**
            **S.D.N.Y. Case No. 21-cv-1630 (JPC)**

Dear Judge Cronan:

We represent the Defendant DCS Service, Inc. ("DCS") in the above-referenced case. We are writing jointly with Plaintiffs to request a 30-day adjournment of the initial conference that is scheduled for this Monday, May 24, 2021 at 11:30 a.m. This is the first request for an adjournment of this conference. The additional time is needed for DCS to review a settlement proposal from Plaintiffs. The Parties believe that it is in their best interests to dedicate our time and resources towards meaningful settlement discussions, which are ongoing, as opposed to the more costly discovery that would commence immediately upon completion of the pretrial conference. No other scheduled dates or deadliness will be affected if the Court grants this extension. We thank the Court for its attention to this matter.

This request is granted. The initial pretrial conference scheduled for May 24, 2021 at 11:30 a.m. is adjourned to June 28, 2021 at 10:00 a.m.

SO ORDERED.
Date: May 21, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Ravindra K. Shaw*
Ravindra K. Shaw

cc:    Samuel R. Bloom, Esq., Counsel for Plaintiffs (via ECF)