# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
29th Floor
New York, NY  10017
Tel 212-545-4000
Fax 212-972-3213
jacksonlewis.com

DIRECT DIAL: (212) 545-4041
EMAIL ADDRESS: Ravindra.Shaw@jacksonlewis.com

August 13, 2021

> The Initial Pretrial Conference scheduled for August 16, 2021 at 10:30 a.m. is adjourned to September 13, 2021 at 11:30 a.m. The proposed case management plan and joint status letter shall be submitted by September 7, 2021.
>
> SO ORDERED.
> Date: August 13, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**VIA ECF AND E-MAIL**
CronanNYSDChambers@nysd.uscourts.gov
Hon. Judge John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   Building Service 32BJ Health Fund et al. v.
      DCS Service, Inc.
      **S.D.N.Y. Case No. 21-cv-1630 (JPC)**

Dear Judge Cronan:

We represent the Defendant DCS Service, Inc. ("DCS") in the above-referenced case. We are writing jointly with Plaintiffs to request another 30-day adjournment of the initial conference that is scheduled for Monday, August 16, 2021 at 10:30 a.m. This is the third request for an adjournment of this conference. The additional time is needed because I am currently on a medical leave of absence until the middle of next week and because DCS is reviewing a settlement proposal from Plaintiffs. The Parties continue to believe that it is in their best interests to dedicate our time and resources towards meaningful settlement discussions, which are ongoing, as opposed to the more costly discovery that would commence immediately upon completion of the pretrial conference. No other scheduled dates or deadliness will be affected if the Court grants this extension. We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Ravindra K. Shaw*
Ravindra K. Shaw

cc:   Samuel R. Bloom, Esq., Counsel for Plaintiffs (via ECF)