UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
BUILDING SERVICE 32BJ HEALTH FUND *et al.*,   :
:
        Plaintiffs,   :
:     21-CV-1630 (JPC)
    -v-   :
:          ORDER
DCS SERVICE, INC.,   :
:
        Defendant.   :
:
----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On August 15, 2021, the Court ordered the parties to submit a proposed case management plan and joint status letter by September 7, 2021. Dkt. 20. The parties failed to do so. The IPTC scheduled for September 13, 2021 at 11:30 a.m. is adjourned to October 4, 2021 at 10:30 a.m. The conference will take place via teleconference. At the scheduled time, counsel for all parties should dial (866) 434-5269, access code 9176261. The parties are ordered to file the joint status letter and proposed case management plan and scheduling order by September 27, 2021.

    SO ORDERED.

Dated: September 10, 2021
       New York, New York
                                              JOHN P. CRONAN
                                           United States District Judge